IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAREEM MARSHALL,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALDOUS & ASSOCIATES PLLC, and TRANSUNION,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>5:23-cv-00161-TES |

**ORDER**

Plaintiff Kareem Marshall filed this case on May 15, 2023. [Doc. 1]. However, Plaintiff neither paid the filing fee nor filed a motion seeking permission to proceed *in forma pauperis*. Accordingly, the Clerk of Court is **DIRECTED** to mail Plaintiff a copy of the Court's "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)."[1]

Plaintiff is **ORDERED** to either pay the filing fee ($402.00) to the Clerk of Court or file an application to proceed *in forma pauperis* within **14 DAYS** of this Order. **Plaintiff is warned that failure to follow this Order will result in the dismissal of his Complaint without further notice.**

    **SO ORDERED**, this 15th day of May, 2023.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**

---

[1] The form may also be accessed at: https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.